UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUL 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

NATIONWIDE MUTUAL INSURANCE COMPANY, as subrogee of INA PETROLEUM, INC.
Plaintiff

VS.

GOULET TRUCKING, INC., Alias and SCOTT HARPER, Alias
Defendant

C.A. No. 04-382ML

**DISMISSAL STIPULATION**

The within case is hereby dismissed with prejudice, no interest or costs.

Plaintiff,
By its attorney,

Brandon S. Bell (#5871)
McOsker-Bell Law Offices, LLP
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-6303

Defendants,
By their attorney,

Donna M. Lamontagne (#5138)
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
401-421-7110

DATED: July 15, 2005

Enter: Mary M. Lisi
7/20/05